# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2642
_____

TYRONE JAMES ANTHONY IVEY
JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

June 18, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tyrone James Anthony Ivey Jr., pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.